# EXHIBIT D

Footnote 11

NBC News: "Dr. Fauci on CDC mask guidelines: 'We are dealing with a different virus now'"



| This 33-year-old left the U.S. for Bali and lives on $2,233 a month | This mom quit to work on her eBay side hustle —and made $141 million in one year | What it t painting r |

**HEALTH AND WELLNESS**

# Dr. Fauci on CDC mask guidelines: 'We are dealing with a different virus now'

Published Wed, Jul 28 2021•11:53 AM EDT    Updated Wed, Jul 28 2021•11:57 AM EDT

**Cory Stieg**
@CORYSTIEG

SHARE    



Dr. Anthony Fauci, Director of the National Institute of Allergy and Infectious Diseases, testifies at a Senate Health, Education, Labor, and Pensions Committee hearing at the Dirksen Senate Office Building on July 20, 2021 in Washington, DC.   Stefani Reynolds | Getty Images

"We are dealing with a different virus now."

CNBC make it

"This is not the original virus that we were dealing with. This has different capabilities much more efficient in transmitting from person to person," he said, explaining why the Centers for Disease Control and Prevention's changed its mask guidelines.

Fauci said the CDC reversed its mask guidance on Tuesday — recommending that fully vaccinated people go back to wearing masks indoors in places where there are high transmission rates — because delta is now the dominant strain in the U.S. In May, when the CDC announced that fully vaccinated people could ditch their masks, the more transmissible delta variant only represented about 1-2% of infections in the U.S.

Delta is highly transmissible and acts "uniquely differently from past strains of the virus," CDC director Rochelle Walensky said during a call with reporters Tuesday.

Research suggests that delta is as much as 60% more transmissible than the previously dominant alpha variant.

And "we know now as a fact that [vaccinated people with Covid] are capable of transmitting the infection to someone else," Fauci told NPR.

Breakthrough infections, although rare, occur when a vaccinated person is infected with the virus. It had been unclear whether a vaccinated person would have enough virus in their system to pass it to others. But new data suggests that, yes, fully vaccinated people who are infected with the delta variant can transmit the virus to other people, Walensky said.

So the CDC recommends that even people who are fully vaccinated mask up indoors if they live in places where there is "substantial transmission" (counties that have 50 to 100 cases per 100,000 residents over a seven-day period) or "high transmission" (more than 100 cases per 100,000 people over seven days). Choose

3/1/22, 2:00 PM                    Dr. Fauci on Why CDC changed guidelines: Delta is a different virus
Case 2:22-cv-00149-DAK-DBP   Document 2-5   Filed 03/04/22   PageID.54   Page 4 of 6

Sign up now: **Get smarter about your money and career with our weekly newsletter**

Don't miss: **Covid immunity is about more than antibodies — here's what else helps protect you**



▶ 5:37

**How this brother-sister duo brings in $105K a year making Mexican-American candy**

# Trending Now

**1** This 40-year-old started a side hustle while living on welfare—now she makes $1 million a year in sales

**2** These are the 20 most common passwords leaked on the dark web — make sure none of them are yours

Warren Buffett's advice for college kids: Chase the job you'd want if 'you

https://www.cnbc.com/2021/07/28/dr-fauci-on-why-cdc-changed-guidelines-delta-is-a-different-virus.html                    3/5



**4** **This 27-year-old former stock trader earns $650,000 a year in LA—and she's on her way to $1 million**



**5** **This 'Shark Tank' side hustle had almost zero revenue — here's why Mark Cuban invested anyway**

## Stay in the loop

Get Make It newsletters delivered to your inbox

**SIGN UP**

## About Us

Learn more about the world of CNBC Make It

**LEARN MORE**

## Follow Us

    

 CNBC.COM

© 2022 CNBC LLC. All Rights Reserved. A Division of NBC Universal

Privacy Policy   |   Do Not Sell My Personal Information

CA Notice   |   Terms of Service   |   Contact