# EXHIBIT H

Footnote 15

Smerconish: "The Beauty of Vaccines and Natural Immunity"

Listen to **The Michael Smerconish Program** on SiriusXM.    ×

# The Beauty of Vaccines and Natural Immunity

Jun 4   -   Written By Jay Bhattacharya, Sunetra Gupta, and Martin Kulldorff

Privacy - Terms

3/1/22, 2:55 PM
The Beauty of Vaccines and Natural Immunity — SMERCONISH
Case 2:22-cv-00149-DAK-DBP Document 2-9 Filed 03/04/22 PageID.78 Page 3 of 10



Photo by **Kayla Speid** | *Unsplash*

As scientists, we have been stunned and disheartened to witness many strange scientific claims made during this pandemic, often by scientists. None is more surprising than the false assertion made in the John Snow Memorandum – and signed by current CDC Director, Rochelle Wolensky – that "there is no evidence for lasting protective immunity to SARS-CoV-2 following natural infection."

# Natural Infection Confers Protection Against Severe Disease

It is now well-established that natural immunity develops upon infection with SARS-CoV-2 in a manner analogous to other coronaviruses. While natural infection may not provide permanent infection-blocking immunity, it offers anti-disease immunity against severe disease and death that is likely permanent. And the millions that have recovered from COVID19, exceedingly few have become sick again.

- Propagated by the media, the idea that infection does not confer effective immunity has made its way into decisions by governments, public health agencies, and private institutions, harming pandemic health policy.  The central premise underlying these regulations is that only vaccines make a person clean. For instance:

- The state of Oregon has instituted a discriminatory vaccine passport system that provides privileges to the vaccinated but treats recovered COVID patients like second-class citizens even though natural infection confers disease protection.

- The European Union will be open to vaccinated tourists this June, but not to recovered COVID patients.

Privacy - Terms

Privacy - Terms

Privacy - Terms

Privacy - Terms

Living Among the Like-Minded



Privacy - Terms