# EXHIBIT K

Footnote 18

The Richie Allen Show: "Oxford Scientist: 'It's Illogical and Unethical to Force Jab on NHS Staff'"

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.    Cookie settings    ACCEPT

https://richieallen.co.uk



## Oxford Scientist "It's Illogical & Unethical To Force Jab On NHS Staff"

Richie Allen (https://richieallen.co.uk/members/richie-allen/)
September 9, 2021 (https://richieallen.co.uk/2021/09/09/)   8:28 am
18 Comments (https://richieallen.co.uk/oxford-scientist-its-illogical-unethical-to-force-jab-on-nhs-staff/#comments)

Speaking to SKY News this morning, Professor Sunetra Gupta, a theoretical epidemiologist at Oxford University, said that it is illogical and unethical to "foist a vaccine upon people in the hope that you can reduce transmission of a disease."

Speaking about the functionality of the jabs, Professor Gupta told Kay Burley:

"They were never meant to be used to stop transmission or to allow people in particular settings to make them risk free. So it is really not logical to use vaccines to protect other people. The vaccine protects you, which if you are vulnerable is a very valuable thing."

Burley interrupted and asked Gupta to clarify that she does not believe that NHS staff should not be forced to have the jab. Professor Gupta replied:

"I don't think they should be forced to on the understanding simply because this vaccine does not prevent transmission. So if you just think of the logic of it, what is the point of requiring a vaccine to protect others if that vaccine does not durably prevent onward transmission of a virus?

Obviously there are all sorts of ethical and political issues surrounding this. It's illogical to foist a vaccine upon people in the hope that you can reduce transmission of a disease."

Burley asked her for her thoughts on jabbing 12 year-olds. Sunetra Gupta pulled no punches saying:

"I absolutely do not think that is logical at any level I mean leave alone the ethics of using 12 year-olds as barriers for infection for the community. The bottom line is that these vaccines do not prevent transmission.

In the case of the 12 year-old it benefits neither the individual who is not at risk of severe disease and death, nor does it benefit the community. To ask children to bear that risk is for me, simply unacceptable."

   

### Richie Allen

Richie Allen is the host of The Richie Allen Radio show, Europe's most listened to

---

PodCast

## The Richie Allen Show Tuesday March 1st 2022

The Richie Allen Show Tuesday

Listen LIVE!

The Richie Allen Radio Show is live Mon – Thurs  5-7pm and Sun 11am -12pm

Click the button to listen live. Stream opens in a new tab.

**Listen LIVE! (http://108.163.223.242:8102/stre type=.mp3)**

Support

### Support the show!

The Richie Allen Show relies on the support of the listeners.  Click the button to learn more.

**Click Here**

Video

18



independent radio show and is a passionate supporter of free speech. He lives in Salford with the future Mrs Allen and their two dogs.

All Posts (https://richieallen.co.uk/members/richie-allen/)

**5**
─────────────
Article Rating
─────────────
★★★★★

→] Login (https://richieallen.co.uk/wp-login.php?redirect_to=https%3A%2F%2Frichieallen.co.uk%2Foxford-scientist-its-illogical-unethical-to-force-jab-on-nhs-staff%2F)

Please login to comment

**18 COMMENTS**

 **(https://richieallen.co.uk/members/arionrayhan/)**
ArionRayhan (https://richieallen.co.uk/members/arionrayhan/)
⏱ 5 months ago

Finally! There is a great way you can work online from your home using your computer and earn at the same time… Only basic internet knowledge needed and fast internet connection… Earn as much as $3000 a week…Get more details on the following site…… http://boxofcash2.ml/ (http://boxofcash2.ml/)

Report

✎ Last edited 5 months ago by ArionRayhan

➕ 0 ➖

 (https://richieallen.co.uk/members/tqrzvnk/)    tqrzvnk (https://richieallen.co.uk/members/tqrzvnk/)
⏱ 5 months ago

While I cannot guarantee what you might get offered if you're successful with them, my research suggests around $30 USD per hour for those based in Asia/India, and around $30-40 USD per hour for those based in Europe and UK / US / Australia / New Zealand. I work through this link, go? to tech tab for work detail

Here–> http://Www.WorkApp8.com (http://www.workapp8.com/)

Report

✎ Last edited 5 months ago by tqrzvnk

➕ 0 ➖

 (https://richieallen.co.uk/members/marukee/)    Jacob (https://richieallen.co.uk/members/marukee/)
⏱ 5 months ago

Depopulation: Globalists See Humanity as "Cannon Fodder"
"It would take too long … to educate the cannon fodder,,, that populates the earth."
(David Lang, a Montreal International Banker).

Mankind has a terminal disease, blood poisoning. "Money" is the blood supply of society. Our feckless ancestors gave control of money to Satanists who use it to enslave and destroy us. This is the key to understanding our current crisis.

https://www.henrymakow.com/2021/09/globalists-cannon-fodder.html (https://www.henrymakow.com/2021/09/globalists-cannon-fodder.html)

Report

---


(https://www.youtube.com/watch?v=BMXF...iMM)
The Richie Allen Show - Friday December...
1 year ago


(https://www.youtube.com/watch?v=7dj6n...
The Richie Allen Show - Wednesday D...
1 year ago


(https://www.youtube.com/watch?v=Xo9AFCkdsNY)
Pfizer/Moderna Vaccine Approved In...
1 year ago

497 more

18

 (https://richieallen.co.uk/wp-content/uploads/2021/09/estrong-depop-1631303505.875.jpg)

1

**Hermione Granger**
5 months ago

The wheels are now falling off this covid hoax front and back
At least in the UK we have definitely WON

Report

Last edited 5 months ago by Hermione Granger

1

(https://richieallen.co.uk/members/murmur70/) **jayjay (https://richieallen.co.uk/members/murmur70/)**
5 months ago

Fan fucking tastic, . This insanity has to stop, FFS.

Report

0

(https://richieallen.co.uk/members/jupiter/) **Jennifer (https://richieallen.co.uk/members/jupiter/)**
5 months ago

Please watch this short delivery. 6 minutes. The warning signs are here. Please respond.
https://www.facebook.com/TomHughesEndTimes/videos/393027405742658 (https://www.facebook.com/TomHughesEndTimes/videos/393027405742658)

Report

0

(https://richieallen.co.uk/members/marukee/) **Jacob (https://richieallen.co.uk/members/marukee/)**
5 months ago

'This Week' With Mary + Polly: COVID Vaccines 'Clearly Being Used on Children Under 12' + More
In "This Week" with Mary Holland, Children's Health Defense president, and Polly Tommey, co-producer of "Vaxxed," Mary and Polly discuss the latest COVID vaccine news.
https://childrenshealthdefense.org/defender/mary-polly-covid-vaccines-children-under-12/?itm_term=home (https://childrenshealthdefense.org/defender/mary-polly-covid-vaccines-children-under-12/?itm_term=home)

Report

2

(https://richieallen.co.uk/members/theurbanfox/)
**Urban fox (https://richieallen.co.uk/members/theurbanfox/)**
5 months ago

The Government Thinks Your Child's Life is Worth £10 | Dr Vernon Coleman (https://vernoncoleman.org/videos/government-thinks-your-childs-life-worth-ps10)

About a week ago, an NHS document was sent to David Ike and The Daily Expose, where it was stated that Drs should be given an extra £10 for each covid jab when given to a child. Since then others have confirmed this. This means a total of £22.58 given as a blood money incentive for every abused child, to these " Healing angels" and "

18

protectors of our health". A regular flue jab is approximately £9. " First do no harm", was once what Drs swore. Now its a case of , " First do no harm, unless its very profitable". Bear in mind, that some Drs surgery's have 30 thousand registered patients, many of which of course are children.

Dr Vernon Coleman talks about child vaccinations in his latest video on the link at the top of this post.

Report

＋ 10 －

 (https://richieallen.co.uk/members/theurbanfox/)

**Urban fox (https://richieallen.co.uk/members/theurbanfox/)**
💬 Reply to Urban fox   🕐 5 months ago

**Update.** The average number of patients per Dr in England is at least 2000. All money from vaccinations usually go's to the GP, even though it is normal practice that they have a nurse administer the vaccine. So if everyone they have registered were to have the covid jab, that it a bonus of £50,000, without taking into account the child increase been asked for. If they were to be all double jabbed. Multiply this by all the jabs that are planned in the months and years ahead. This all on top of the Drs regular wage. They are basically being paid high bonuses to push drugs. We can see now, why they love to vaccinate.

Report

＋ 8 －

**Hermione Granger**
💬 Reply to Urban fox   🕐 5 months ago

Totally scandalous and it will bring massive fallout on their heads and careers

Report

＋ 2 －

 (https://richieallen.co.uk/members/theurbanfox/)

**Urban fox (https://richieallen.co.uk/members/theurbanfox/)**
🕐 5 months ago

Whilst its great that Professor Gupta, says jabs don't prevent transmission. Also that she says for this reason NHS staff should not be forced to have one, and children should not be jabbed.

Its not so great, that she is still peddling the myth that there is anything to transmit. This is simply not true in the case of a computer generated virus. Also outrageously saying.

*"The vaccine protects you, which if you are vulnerable is a very valuable thing."*

Really? **Life is a valuable thing, life more at risk from this fake vaccine than from flue.**

I would say to anyone ,even if they believe the official narrative of lies. The reporting systems of the yellow card and particularly vares in the States which is clearer and more detailed to read, Cleary show, that the risk from Billy's Blood clot jab, far outweigh any potential benefits for any age group, man, woman, child, pig, goat or garden frog. When that risk is compared to the chance of death from covid.

Many thousands have had life altering injuries or lost there lives as a result of these jabs. And there is a general consensus world wide that these numbers of victims have to be multiplied by at least 10. As injury's and deaths from vaccines and other medical procedures, are often unreported or wrongly recorded.

If one is medically vulnerable, I would suggest to the Professor. That the last thing they should be doing, is subjecting themselves to this dangerous medical procedure. As they have even more chance of being killed by this injection than the otherwise healthy. But of course getting rid of those deemed to be of less use or undesirable first, is what they want. As we have seen with Midazolam and at another time in history.

Report

＋ 8 －

 (https://richieallen.co.uk/members/topper/)       **Craig (https://richieallen.co.uk/members/topper/)**
                                                   💬 Reply to Urban fox   🕐 5 months ago

She's just playing the required game. If she doesn't do that, she'll get no where near the MSM.
You know as well as I do that there is strong evidence to suggest that virus theory is a myth; but if you try getting that message across to 99.9% of people they are going to look at you like you've lost your marbles, no matter how much evidence you show them.

18

The vast, vast majority of people believe wholeheartedly that there is a life threatening virus in circulation. If Gupta (or anyone else, regardless of their qualifications) tries to contradict that, they will be laughed out of town.

Recognise the battles you can win, and the ones you can't and work with what's available.

Report

14

**Alex Romero**
5 months ago

I can see the elderly marooned in hospital this winter as a result of a lack of staff in care homes being given DNR notices, being deprived of food and drink, and bumped off with midazolam and opiates. All to be blamed on the latest deadly Covid variant of course. Rinse and repeat……

Report

22

**Mark (https://richieallen.co.uk/members/markrl/)** (https://richieallen.co.uk/members/markrl/)
Reply to Alex Romero   5 months ago

Stanley Johnson will become the new social healthcare minister for the British Reich and implement the final solution to this long standing problem.

Report

11

**Craig (https://richieallen.co.uk/members/topper/)** (https://richieallen.co.uk/members/topper/)
Reply to Mark   5 months ago

Why would he do that? The most dangerous people are not the ones we can see, but the ones we can't.

Report

4

**Mark (https://richieallen.co.uk/members/markrl/)** (https://richieallen.co.uk/members/markrl/)
Reply to Craig   5 months ago

It's not about being dangerous it's about being expensive. Follow the money.

Report

2

**Craig (https://richieallen.co.uk/members/topper/)** (https://richieallen.co.uk/members/topper/)
Reply to Mark   5 months ago

The two are not mutually exclusive. Someone like Gates is expensive and dangerous. But he is a known danger.

Report

0

**Mark (https://richieallen.co.uk/members/markrl/)** (https://richieallen.co.uk/members/markrl/)
Reply to Craig   5 months ago

They want shot of the unproductive elderly and the disabled many of whom require expensive medical care and have unaffordable pension entitlements. Like obsolete machinery they need to be scraped. These people are not dangerous just expensive.

Report

18

Copyright ©2021 RichieAllen.co.uk | Powered by ResistMedia (https://resistmedia.co)

Become a patron

18