# EXHIBIT N

Footnote 23

Business Insider: "Moderna's chief medical officer says that vaccine trial results only show that they prevent people from getting sick — not necessarily that recipients won't still be able to transmit the virus"

US MARKETS CLOSED          In the news

| ▲ **Dow Jones** -1.76% | ▲ **Nasdaq** -1.59% | ▲ **S&P 500** -1.55% | ▲ **TSLA** -1.2% | ▲ **FB** -3.22% | ▼ **BABA** +2.06% |

HOME  >  SCIENCE

# Moderna's chief medical officer says that vaccine trial results only show that they prevent people from getting sick — not necessarily that recipients won't still be able to transmit the virus

Sarah Al-Arshani   Nov 23, 2020, 10:45 PM

  

Download the app



INSIDER                                                                   Subscribe



Lab tech Sendy Puerto processes blood samples from Moderna's coronavirus vaccine clinical trials study participants September 2, 2020 in Miami, Florida.   Taimy Alvarez/AP

< **HOMEPAGE**                                                                     Subscribe

adults are vaccinated.

"They do not show that they prevent you from potentially carrying this virus transiently and infecting others," Zaks told Axios.

While he believes, based on the science, that it's likely that vaccine does prevent transmission, but said there's still no solid proof of that yet.

"I think it's important that we don't change behavior solely on the basis of vaccination," he said.

Visit Business Insider's homepage for more stories.

**Get a daily selection of our top stories based on your reading preferences.**

Email address

SIGN UP

By clicking 'Sign up', you agree to receive marketing emails from Insider as well as other partner offers and accept our Terms of Service and Privacy Policy.

< HOMEPAGE                                                             Subscribe

Moderna Chief Medical Officer Tal Zaks told Axios that the public should not "over-

interpret" the vaccine trial results to assume life could go back to normal after adults are vaccinated.

Zaks warned that the trial results show that the vaccine can prevent someone from getting sick or "severely sick," from COVID-19, however, the results don't show that the vaccine prevents transmission of the virus.

"They do not show that they prevent you from potentially carrying this virus transiently and infecting others," Zaks said in an interview for "Axios," the outlet's show on HBO.

Zaks added: "When we start the deployment of this vaccine we will not have sufficient concrete data to prove that this vaccine reduces transmission."

While he believes based on the science that it's likely that vaccine does prevent transmission, there's still no solid proof of that.

< HOMEPAGE                                                                                        Subscribe

Moderna's COVID-19 vaccine is one of three vaccines that have shown effectiveness

in trial results. The company said its vaccine is 94.5% effective at protecting people against COVID-19, the disease caused by the novel coronavirus.

Moncef Slaoui, the head of Operation Warp Speed, the White House effort to develop and administer the vaccine, said on Sunday that the company will seek emergency use authorization from the Food and Drug Administration for its COVID-19 vaccine by the end of November.

Pfizer who formulated another vaccine applied for FDA emergency authorization on Friday.

On Monday, AstraZeneca and the University of Oxford also reported that their vaccine was effective towards COVID-19.

There have been at least 12.4 million infections in the US so far with over 257,000 deaths, according to data from Johns Hopkins University. Daily cases in the US repeatedly hit record highs in the weeks leading up to Thanksgiving, and many

< HOMEPAGE                                                                    Subscribe

*The headline of this article was updated to show that Moderna's coronavirus vaccine*

can prevent people from getting sick.

**KEEP READING**



## NOW WATCH: COVID-19 vaccines are making their way around the world, but global immunity is still far off



More:   coronavirus   Vaccine   Moderna   Dispensed



* Copyright © 2022 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our

Terms of Service,  Privacy Policy  and  Cookies Policy.

Contact Us  |  Sitemap  |  Disclaimer  |  Accessibility  |  Commerce Policy  |  CA Privacy Rights  |  Coupons  |  Made in NYC

|  Jobs  |

Stock quotes by finanzen.net  |  Reprints & Permissions

International Editions:

INTL  |  AS  |  AT  |  AUS  |  DE  |  ES  |  IN  |  JP  |  MX  |  NL  |  PL  |  ZA

◀  HOMEPAGE                                                                                                                    Subscribe