# EXHIBIT P

Footnote 28

Yahoo News: "Dr. Fauci Just Issued This Urgent Warning to Vaccinated People"

 Yahoo!life

Sign in                    Mail



BESTLIFE

# Dr. Fauci Just Issued This Urgent Warning to Vaccinated People

✉

🙂 Anthony Fauci

**Kali Coleman**
November 12, 2021  ·  4 min read



© Provided by Eat This, Not That!

**In this article:**

🙂 **Anthony Fauci**
American immunologist and head of the U.S. National Institute of Allergy and Infectiou...

The U.S. has been [fighting the COVID pandemic](#) for nearly two years now. While we all hoped that the virus would be eradicated by now, a full year since the introduction of highly effective vaccines, [slowing vaccination rates](#) and a fast-spreading variant kept the pandemic in full swing over the summer. According to the Centers for Disease Control and Prevention (CDC), [only 58.5 percent](#) of the U.S. population is fully vaccinated, leaving more than 60 million people unvaccinated despite being eligible. But while health officials caution that the unvaccinated are most at risk right now, some experts now say that vaccinated people should also be on high alert.

**RELATED:** [Dr. Fauci Just Gave This Sobering Update About COVID This Winter](#).

Enjoy an ad-free inbox and 24/7 tech support

[Get it now »](#)

## TRENDING

**Disabled dancers are 'changing perspectives'**
Yahoo Life · 3 min read


**Jamie Lee Curtis, 63, on why she doesn't look in the mirror much: 'I am trying to live in acceptance'**
Yahoo Life · 2 min read

**Parents forced to transfuse blood to their sick children as cancer wards become bomb…**
NBC News · 6 min read


Dr. Fauci Just Issued This Urgent Warning to Vaccinated People

 **yahoo!**life

Sign in          Mail







 Anthony Fauci

current state of the coronavirus in the U.S. According to Fauci, officials are now starting to see some waning immunity against both infection and hospitalization several months after initial vaccination. The infectious disease expert pointed toward incoming data from Israel, which he noted tends to be about a month to a month and a half ahead of us in terms of the outbreak.

"They are seeing a waning of immunity not only against infection but against hospitalization and to some extent death, which is starting to now involve all age groups. It isn't just the elderly," Fauci said. "It's waning to the point that you're seeing more and more people getting breakthrough infections, and more and more of those people who are getting breakthrough infections are winding up in the hospital."

As a result of these findings, Fauci warned that vaccinated people should get their booster shot, as it might actually be more important than health officials first realized. "If one looks back at this, one can say, do you know, it isn't as if a booster is a bonus, but a booster might actually be an essential part of the primary regimen that people should have," he said on *The Daily*.

Fauci went on to say, "I think … that the boosting is gonna be an absolutely essential component of our response, not a bonus, not a luxury, but an absolute essential part of the program."

**RELATED: This Is the "Bad News" About COVID Right Now, Virus Expert Warns.**

Neither the U.S. Food and Drug Administration (FDA) nor the CDC have extended booster eligibility yet to more of the general public. While all Johnson&Johnson recipients are authorized to get an additional shot, only high-risk Moderna and Pfizer recipients are eligible, per the agencies' guidelines.

But some states, like California and Colorado, have recently side-stepped the two agencies by expanding booster eligibility to all adults in their states already. "Allow patients to self-determine their risk of exposure," **Tomás J. Aragón**, MD, the director and state public health officer for California's Department of Public Health wrote in a Nov. 9 letter to local health providers. "Do not turn a patient away who is requesting a booster."

Travel+Leisure · 2 min read

**Democrats control Congress. Why don't they legalize abortion?**

Glamour · 3 min read





and effective in dramatically increasing the response not only immunologically, but also when you look at the clinical data from Israel, it's very clear that it reverses some of the waning effect that you see in people who have been vaccinated six months or more," he said.



Anthony Fauci

**RELATED: For more up-to-date information, sign up for our daily newsletter.**

The need for boosters doesn't mean that the vaccines don't work, however. On the contrary, Fauci stressed that he does not think that "we've given the full rein to prove what it is that you need to make them work," like additional doses. According to the virus expert, researchers did not "have to time" to do extensive studies to determine whether two doses would be better than three, as there was a pressing need to get vaccines out to people sooner rather than later, which was "life-saving for millions of people," he noted.

Getting the unvaccinated vaccinated and "aggressively" boosting the people who have been vaccinated is likely to put the U.S. in a safer spot this winter than the country saw with previous surges, both over the past few months and during the brutal winter of 2020, Fauci said. And as more time passes, we'll be able to see how long the boosters keep recipients protected from COVID—but Fauci is optimistic.

"I think when all is said and done, as we get through boosting the overwhelming majority of the people who've been primarily vaccinated, we're gonna say, just like other vaccines that require multiple doses, like hepatitis B, like some of the childhood vaccinations, that it is likely" a booster is needed, he explained. "I'm making my own personal projection as an immunologist and infectious disease person. We don't have the proof yet—the proof of the pudding will be after you get people vaccinated and boosted, and we have a greater durability of protection that doesn't wane as easily."

**RELATED: Dr. Fauci Just Said This Is "Without a Doubt" Our Top Problem With COVID.**

## 548 Comments

Commenting on this article has ended

Log in   Sign up

Dr. Fauci Just Issued This Urgent Warning to Vaccinated People

 
Sign in                    Mail

Powered by ⚡ OpenWeb









 Anthony Fauci

## LATEST STORIES



YAHOO LIFE

**Model Iskra Lawrence says her pregnancy brought up eating disorder issues**

Iskra Lawrence shared that she dealt with issues around control and food as her pregnancy resurfaced past eating disorder tendencies.

3d ago



YAHOO LIFE SHOPPING

**Amazon shoppers are 'in love' with these stainless steel measuring cups — save 48 percent 'til midnight**

They have an impressive 4.9 out of 5 star rating.

5d ago



YAHOO LIFE VIDEOS

**CNN reporter Andrew Kaczynski's infant daughter died of a rare brain cancer. Here's how he's trying to improve the odds for other families**

CNN journalist Andrew Kaczynski and his wife Rachel Louise Ensign, a Wall Street Journal reporter, have faced the unimaginable as parents. Their baby Francesca, whom they lovingly call Beans, was diagnosed with an…

1d ago



IN THE KNOW BY YAHOO

**A simple how-to guide for starting your business**

From paperwork to partnerships, Carmen Perez walks you through the logistics of how to set up your own business on this episode of Getting Rich

1d ago



YAHOO LIFE SHOPPING

**You won't find a better deal on a pickleball net — Amazon has a great one on sale for $72**

Turn your driveway into a pickleball court — and while you're at it, grab a line-marking kit for just $16.

1d ago

YAHOO LIFE SHOPPING

**Hurry! This is your last chance to score 40 percent off the beloved 'facial in a tube'**

This beloved Kate Somerville exfoliant rarely gets marked down, so grab it ASAP.



 Mail

Sign in

YAHOO LIFE SHOPPING

**'Theater quality!': This superb soundbar is on**

This slim soundbar connects to a TV, laptop, phone or gaming system — and the price is…

4d ago

YAHOO LIFE SHOPPING

**Avid online shopper? Stay secure with these 6 tips**

Experts warn that scammers are getting sneaky. Stay ahead of their tricks with these smart strategies.

Anthony Fauci

1d ago

YAHOO LIFE SHOPPING

**Amazon's No. 1 best-selling facial steamer is only $28—nearly 60 percent off, today only**

This deal is so good, it almost seems like a mistake!

2d ago

YAHOO LIFE SHOPPING

**Control home appliances remotely with these smart plugs — on sale for $5 each**

With a few magic words and a 4-pack of these, your wishes for coffee, lights, fan and TV can be granted.

1d ago

YAHOO LIFE SHOPPING

**Set up a home gym for just $9 — Amazon has tons of dumbbells on sale**

Weights start at 1 pound and go all the way up to 12!

4d ago

YAHOO LIFE SHOPPING

**This travel-ready clothes steamer is just $19 at Amazon — but only 'til midnight**

Toss this in your suitcase for wrinkle-free clothes on the go.

13h ago

YAHOO LIFE SHOPPING

**The Bose portable bluetooth speaker will be your new travel essential —save $30 right now**

Durable, water-resistant, and made to be carried. At just 99 bucks, you'll wonder how you lived without it.

4d ago

YAHOO LIFE

**Are green superfood powders worth the nutritional hype? Here's what experts say.**

Green powders claim to be the equivalent of eating multiple servings of fruits and vegetables, but are they really healthy?

4h ago

Dr. Fauci Just Issued This Urgent Warning to Vaccinated People





4d ago



**Anthony Fauci**

YAHOO LIFE SHOPPING

**Deal alert: A bunch of Bose headphones and earbuds are on sale at Amazon right now**
Now's your chance to score Bose's iconic noise-cancelling headphones for a song.

4d ago

YAHOO LIFE SHOPPING

**These Jennifer Aniston–approved collagen supplements are up to 50 percent off — just for today**
Thousands of Amazon reviewers swear by these supplements for better hair, skin and nails.

2d ago

YAHOO LIFE SHOPPING

**The best Roku Streaming Stick 4K+ deal ever saves you $21 on the top-rated streamer**
A great upgrade with all the bells and whistles.

2d ago

YAHOO LIFE SHOPPING

**Say goodbye to slow and spotty internet with an affordable home Wi-Fi system**
Weak Wi-Fi? This easy-to-use signal expander promises to boost performance throughout your home.

6h ago

YAHOO LIFE SHOPPING

**Is the CarlinKit 3.0 the best wireless Apple CarPlay adapter? I tried it, here's the verdict**
It works, but not perfectly, and it's just too expensive.

4d ago