# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **DEVAN GRINER, MD**<br><br>Plaintiff,<br><br>v.<br><br>**JOSEPH R. BIDEN, JR., et al.,**<br><br>Defendants. | **ORDER REGARDING MOTIONS TO SUPPLEMENT THE RECORD**<br><br>Case No. 2:22-CV-00149 DAK-DBP<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead |

On July 6, 2022, oral argument was heard on Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss. Since that time, Plaintiff has filed two Motions to Supplement the Record: the first was filed on July 13, 2022,[1] and the second on July 28, 2022.[2] Defendants have opposed both motions.

The court hereby GRANTS both motions [ECF Nos. 28 & 34]. The record related to Plaintiff's Motion for Preliminary Injunction is hereby supplemented with Plaintiff's proposed Exhibits "D," "E," and "F," as labeled in the respective motions.

DATED this 17th day of August, 2022.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge

---

[1] ECF No. 28.
[2] ECF No. 34.