IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DEVAN GRINER, M.D., <br><br>     Plaintiff, <br><br> vs. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA in his official capacity as Secretary of the United States Department of Health and Human Services; CENTERS FOR MEDICARE AND MEDICAID SERVICES; CHIQUITA BROOKS-LASURE in her official capacity as Administrator for the Centers for Medicare and Medicaid Services; MEENA SESHAMANI in her official capacity as Deputy Administrator and Director of Center for Medicare; and DANIEL TSAI in his official capacity as Deputy Administrator and Director of Center for Medicaid and CHIP Services; <br><br>     Defendants. | JUDGMENT IN A CIVIL CASE <br><br> Civil Case No. 2:22CV149 DAK-DBP <br><br> Judge Dale A. Kimball |

Based on this court's October 13, 2022, Memorandum Decision and Order granting Defendants' Motion to Dismiss and Denying as Moot Plaintiff's Motion for Preliminary Injunction, judgment is hereby entered in favor of Defendants and against Plaintiff. The Clerk of Court is directed to close this action.

1

DATED this 13th day of October, 2022.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge